IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURA R. STAFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3140 |
| | ) | |
| v. | ) | |
| | ) | SCHEDULING PACKET ORDER |
| HOME DEPOT U.S.A., INC., and 3PD, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) Based on the allegations of the plaintiff's complaint, the defendant's answer, and the facts set forth in the affidavit of plaintiff's counsel, (filing no. 5), the court finds that the convenience of the litigants and witnesses will be best served by setting this case for trial in North Platte, Nebraska. Accordingly, the plaintiff's objection to a Lincoln, Nebraska trial setting, (filing no. 4), is granted. This case is transferred to the North Platte trial docket.

2) Counsel for the parties shall confer and, on or before, **October 12, 2011,** they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found in Word and WordPerfect format at http://www.ned.uscourts.gov/forms/.

3) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before, **October 5, 2011,** a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

4) The parties are specifically advised that irrespective of their answers to any other question in **Section III (Settlement)**, to enter a final progression order without a planning conference, the undersigned magistrate judge needs a response to the following question:

   \_\_\_\_\_ Counsel believe that with further efforts in the future, the case can be settled. The parties will be prepared to discuss settlement, or again discuss settlement, by _____.
   Explain. _____

September 12, 2011.   BY THE COURT:
   s/ *Cheryl R. Zwart*
   United States Magistrate Judge