IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURA R. STAFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3140 |
| | ) | |
| v. | ) | |
| | ) | |
| HOME DEPOT U.S.A., INC., a | ) | MEMORANDUM AND ORDER |
| Delaware corporation, 3PD, INC., a | ) | |
| Georgia corporation, and LOSSING | ) | |
| FAMILY DELIVERIES, LLC, a | ) | |
| Minnesota corporation, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Lossing Family Deliveries, LLC has filed its corporate disclosure statement. (Filing No. 35). According to the statement, Lossing Family Deliveries, LLC is a limited liability company and its sole member, Rex Lossing, is a citizen of Minnesota. The court therefore finds that permitting the plaintiff to file her proposed amended complaint (filing no. 32) will not destroy diversity jurisdiction. This court has diversity subject matter jurisdiction over plaintiff's claims as set forth in her proposed amended complaint.

Accordingly,

IT IS ORDERED:

1) Plaintiff's unopposed motion to amend her complaint, (filing no. 30), is granted.

2) Plaintiff's amended complaint, (filing 32), is deemed properly filed.

3) Defendants' response to the plaintiff's amended complaint shall be filed on or before May 30, 2012.

May 16, 2012.                          BY THE COURT:

                                       *s/ Cheryl R. Zwart*
                                       United States Magistrate Judge