IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA R. STAFFORD,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; 3PD, INC., a Georgia corporation; and LOSSING FAMILY DELIVERIES, LLC, a Minnesota corporation;<br><br>　　　　　　Defendants. | 4:11CV3140<br><br>**MEMORANDUM AND ORDER** |

　　　　The plaintiff's motion to extend, (filing no. 41), is granted, and the parties' stipulation, (filing no. 39), is granted in part and denied in part as follows:

1)　　The deadline for identifying expert witnesses expected to testify at the trial is February 12, 2013.

2)　　A telephonic conference with the undersigned magistrate judge will be held on **February 19, 2013** at **11:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

3)　　The deadlines for complete expert disclosures, (both retained experts, [Fed. R. Civ. P. 26(a)(2)(B)](), and non-retained experts, [Fed. R. Civ. P. 26(a)(2)(C)]()), are:

　　　　For the plaintiff(s):　　　　April 5, 2013
　　　　For the defendant(s):　　　May 6, 2013

4)　　The deadline for filing motions to dismiss and motions for summary judgment and motions to exclude testimony on *Daubert* and related grounds is May 6, 2013.

5)　　The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is June 19, 2013. Motions to compel Rule 33 through 36 discovery must be filed by May 20, 2013.

6)　　The deposition deadline is June 19, 2013.

7)　　The pretrial conference and trial settings are unchanged.

October 11, 2012.　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge