IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA R. STAFFORD,<br><br>              Plaintiff,<br><br>   vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation;  3PD, INC., a Georgia corporation; and  LOSSING FAMILY DELIVERIES, LLC, a Minnesota corporation;<br><br>              Defendants. | 4:11CV3140<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Maren Lynn Chaloupka and Andrew Snyder, counsel for Plaintiff, (filing no. 43), is granted.

2) On or before January 25, 2013, Plaintiff Laura Stafford shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel.  The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) The clerk shall mail a copy of this order to Plaintiff at:

      Laura R. Stafford
      1003 7th Avenue
      Sidney, NE 69162

 December 26, 2012.

                                                              BY THE COURT:

                                                               *s/ Cheryl R. Zwart*
                                                               United States Magistrate Judge