IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA R. STAFFORD,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation;  3PD, INC., a Georgia corporation; and  LOSSING FAMILY DELIVERIES, LLC, a Minnesota corporation;<br><br>Defendants. | 4:11CV3140<br><br>FINDINGS AND RECOMMENDATION |

Plaintiff Laura R. Stafford's former counsel was granted leave to withdraw on December 26, 2012.  (Filing No. 44).  Pursuant to the order, Plaintiff  was given until January 25, 2013 to either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel, and was warned that the failure to do so may result in a dismissal of Plaintiff's claims without further notice.  (Filing No. 44).  The order was mailed to Plaintiff.  This mailing was not returned.

Plaintiff failed to comply with the court's order.

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that  Plaintiff Laura R. Stafford's claims be dismissed for want of prosecution and without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to Plaintiff Laura R. Stafford at the address of record.

January 28, 2013.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge