IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA R. STAFFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; 3PD, INC., a Georgia corporation; and LOSSING FAMILY DELIVERIES, LLC, a Minnesota corporation,<br><br>　　　　　Defendants. | 4:11-CV-3140<br><br>MEMORANDUM AND ORDER |

　　　This matter is before the Court on the Magistrate Judge's Findings and Recommendation of January 28, 2013 (filing 45), recommending that this Court dismiss plaintiff's case for want of prosecution. No objections have been filed. *See*, 28 U.S.C. § 636(b)(1); NeCivR 72.2. When a party fails to timely object to the findings and recommendation of a magistrate judge, the party waives its right to de novo review by the district court of any portion of the findings and recommendation. *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009). The Court finds that the Magistrate Judge's recommendation should be adopted and this case dismissed. Accordingly,

　　　IT IS ORDERED:

　　　1.　　The Magistrate Judge's Findings and Recommendation (filing 45) is adopted;

　　　2.　　This case is dismissed; and

　　　3.　　A separate judgment will be entered.

Dated this 19th day of February, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge